Jon P. Jacobs (SBN 205245)
Chad A. David (SBN 327293)
**LAW OFFICES OF JON JACOBS**
One Ridgegate Dr., Suite 245
Temecula, CA 92590
Telephone: (916) 663-6400
Facsimile: (916) 663-6500
chad@lemonbuyback.com

Attorneys for Plaintiff
GENARO URIBE

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENARO URIBE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN HONDA MOTOR CO., INC., a California Corporation; and DOES 1 to 10, Inclusive,<br><br>Defendants | Case No. 3:20-cv-01843-BEN-KSC<br><br>**NOTICE OF SETTLEMENT** |

TO THE HONORABLE COURT, ALL PARTIES HEREIN, AND TO THEIR ATTORNEYS OF RECORD:

    Plaintiff GENARO URIBE hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled by agreement of the parties. Due to the nature of the settlement, Plaintiffs request 60 days to file dispositional documents.

Dated: October 22, 2020              LAW OFFICES OF JON JACOBS

                                          By: /s/ Chad A. David_____
                                               Chad A. David
                                             Attorney for Plaintiff
                                             GENARO URIBE