# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENARO URIBE, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC., a California corporation; and DOES 1 to 10,<br><br>        Defendant. | Case No.: 3:20-cv-01843-BEN-KSC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[ECF No. 9] |

## I. INTRODUCTION

Before the Court is a Joint Motion to Dismiss (the "Joint Motion") filed by Plaintiff Genaro Uribe ("Plaintiff") and Defendant American Honda Motor Co., Inc. ("Defendant") (collectively, the "Parties'). ECF No. 9.

After considering the papers submitted, supporting documentation, and applicable law, the Court **GRANTS** the Joint Motion.

## II. BACKGROUND

On August 19, 2020, Plaintiff filed a complaint for damages before the San Diego Superior Court, alleging violation of the Song-Beverly Consumer Warranty Act, pleading causes of action for (1) breach of express warranty arising out of violation of the Song-Beverly Consumer Warranty Act, (2) breach of implied warranty arising out of violation

-1-

of the Song-Beverly Consumer Warranty Act, (3) breach of express warranty arising out of violation of the Magnuson-Moss Warranty Act, (4) breach of implied warranty arising out of violation of the Magnuson-Moss Warranty Act, and (5) violation of California's Business and Professions Code, section 17200, et seq. ECF No. 1-2.

On September 18, 2020, Defendant filed a Notice of Removal, removing this matter to the Southern District of California. ECF No. 1. That same day, Defendant also filed its Answer to the complaint. ECF No. 2. Shortly thereafter, on October 22, 2020, Plaintiff filed a Notice of Settlement. ECF No. 7.

On December 9, 2020, the Parties filed the Joint Motion to Dismiss the Case *with prejudice*. ECF No. 9.

### III. **LEGAL STANDARD**

Rule 41(a) of the Federal Rules of Civil Procedure governs voluntary dismissal of lawsuits and provides that a case may be dismissed "at the plaintiff's request . . . by court order, on terms that the court considers proper." FED. R. CIV. P. 41(a)(2). Unless otherwise indicated, dismissal under Rule 41(a)(2) is without prejudice. *Id.*

### IV. **ORDER**

Good cause appearing therefore, the Court grants the Parties' Joint Motion as follows:

1. Pursuant to the Parties' request, this case shall be dismissed *with prejudice.*

2. In light of the Parties' Joint Motion's failure to address how costs shall be treated, the Court orders that each party shall bear its own costs.

**IT IS SO ORDERED.**

DATED: December /4, 2020

HON. ROGER T. BENITEZ
United States District Judge